IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02542-LTB

FRANCINE SHUMAKE,

    Plaintiff,

v.

THE STATE OF COLORADO,
THE STATE PUBLIC DEFENDERS OFFICE,
WARREN BECK,
DIVISION 8 JUDGE BENTLY,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on December 2, 2022, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 2 day of December, 2022.

                                  FOR THE COURT,

                                  JEFFREY P. COLWELL, Clerk


                                  By: s/A. Thomas
                                      Deputy Clerk